

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00557-CV

**IN RE DER DREAM LLC**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed: August 15, 2018

PETITION FOR WRIT OF MANDAMUS DENIED

On August 8, 2018, relator filed a petition for writ of mandamus and a motion for emergency relief. After considering the petition and the record provided with the petition, this court concludes that based on the mandamus record relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). Relator's motion for emergency relief is also DENIED.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2017-CI-16004, styled *Robert R. Gonzalez v. Der Dream, LLC and Wienerschnitzel DFW ADI, LLC*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Renée Yanta presiding.